# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

NCI GROUP, INC.

Plaintiff(s),

v.

ALEXANDER BUILDING SYSTEMS, LLC d/b/a BC STEEL BUILDINGS and COAST TO COAST SELF STORAGE MFG, LLC

Defendant(s).

Case No. CIV-26-2992-R

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Coast to Coast Self Storage MFG, LLC
1519 Hwy 35 N
Forest, Mississippi 39074

Registered agent address:
110 Vision Drive, Suite 400,
Jackson, Mississippi 39211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C. Mark Stratton
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
strattonm@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SUMMONS ISSUED:*
2:53 pm, Oct 20, 2026
*JOAN KANE, CLERK*

By: ______________________

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Oklahoma

NCI GROUP, INC.

Plaintiff(s),

v.

ALEXANDER BUILDING SYSTEMS, LLC d/b/a BC STEEL BUILDINGS and COAST TO COAST SELF STORAGE MFG, LLC

Defendant(s).

Case No. CIV-26-2992-R

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Alexander Building Systems, LLC d/b/a BC Steel Buildings
9900 NW 10th Street
Oklahoma City, Oklahoma 73127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C. Mark Stratton
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas 78701
strattonm@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF OKLAHOMA

*SUMMONS ISSUED:*
2:53 pm, Oct 20, 2026
*JOAN KANE, CLERK*

*By:*____________________

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*